# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-719 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DELONTE HUDSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 1/27/2023. A supplemental violation report was filed in this case on 3/22/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on 3/7/2023. The hearing involved the following violation:

1. New Criminal Conduct (Uncharged).

The magistrate judge filed a report and recommendation on 3/7/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on 3/23/2023. Present were the following: Assistant U.S. Attorney Brian Deckert, representing the United States; Attorney Anthony Koukoutas, representing the defendant; the Defendant Delonte Hudson; and United States Probation Officer Jennifer Truxall.

No objections were filed to the report and recommendation of the magistrate judge.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

After receiving argument from the parties, the Court pronounced sentence as follows:

IT IS ORDERED that the defendant's term of supervised release is modified to include the following: As a condition of supervised release, the person on supervision shall reside in a Residential Reentry Center (RRC) for a period of three (3) months. While at the RRC, the person under supervision shall abide by all rules and regulations imposed by the facility. The person under supervision may leave the RRC for employment, worship, medical, treatment appointments, and to attend any scheduled meetings with the probation officer.

**IT IS SO ORDERED**.

Dated: March 23, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**